**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RUBEN PABLO VELASQUEZ, | No. 07-74972 |
| Petitioner, | Agency No. A077-844-156 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 19, 2010[**]

Before:     O'SCANNLAIN, LEAVY, and TALLMAN, Circuit Judges.

Ruben Pablo Velasquez, a native and citizen of Guatemala, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his untimely

motion to reopen removal proceedings.  We have jurisdiction under 8 U.S.C.

§ 1252.  We review for abuse of discretion the denial of a motion to reopen and de

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

novo questions of law. *Hernandez v. Mukasey*, 524 F.3d 1014, 1017 (9th Cir. 2008). We deny the petition for review.

The BIA did not abuse its discretion in denying Velasquez' motion to reopen to apply for humanitarian asylum under 8 C.F.R. § 1208.13(b)(1)(iii)(B) because he did not file the motion within 90 days of the BIA's final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and he failed to demonstrate material changed circumstances in Guatemala to qualify for the regulatory exception to the time limit, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *see also Toufighi v. Mukasey*, 538 F.3d 988, 996-97 (9th Cir. 2008) (evidence must demonstrate prima facie eligibility for relief in order to reopen proceedings based on changed circumstances).

We reject Velasquez' contentions that the BIA applied improper standards of law in denying his motion to reopen because they are not supported by the record.

**PETITION FOR REVIEW DENIED.**

07-74972